

# Fourth Court of Appeals
## San Antonio, Texas

March 12, 2014

No. 04-13-00697-CR

Christopher Arthur **MAROUDAS**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the County Court at Law No. 9, Bexar County, Texas
Trial Court No. 364789
Honorable Walden Shelton, Judge Presiding

## O R D E R

The appellant's brief was originally due to be filed on January 6, 2014.  The appellant's first motion for extension of time was granted, extending the deadline for filing the brief to February 5, 2014.  On February 7, 2014, the appellant filed a motion requesting an additional extension of time to file the brief until March 5, 2014, for a total extension of approximately sixty days.  By order dated February 10, 2014, the motion was granted, extending the deadline to file the brief to March 5, 2014.  The order stated, "**THIS IS THE FINAL EXTENSION OF TIME THAT THE APPELLANT WILL BE GRANTED**."  The brief has not been filed.

Pursuant to rule 38.8(b)(2) of the Texas Rules of Appellate Procedure, we abate this case to the trial court and ORDER the trial court to conduct a hearing to answer the following questions:

(1) Does appellant desire to prosecute his appeal?

(2) Is appellant indigent?  If appellant is indigent, the trial court shall take such measures as may be necessary to assure the effective assistance of counsel, which may include the appointment of new counsel.

(3) Has appointed or retained counsel abandoned the appeal?  Because sanctions may be necessary, the trial court should address this issue even if new counsel is retained or substituted before the date of the hearing.

The trial court may, in its discretion, receive evidence on the first two questions by sworn affidavit from the appellant. The trial court shall, however, order the appellant's counsel to be present at the hearing.

The trial court is further ORDERED to file supplemental clerk's and reporter's records in this court, no later than April 10, 2014, which shall include: (1) a transcription of the hearing and copies of any documentary evidence admitted, (2) written findings of fact and conclusions of law, and (3) recommendations addressing the above enumerated questions.



Catherine Stone, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 12th day of March, 2014.

Keith E. Hottle
Clerk of Court

